**BLANK ROME LLP**
Cheryl S. Chang (SBN 237098)
cheryl.chang@blankrome.com
Jessica A. McElroy (SBN 299919)
jessica.mcelroy@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile:  424.239.3434

*Attorneys for Defendant,*
PENNYMAC LOAN SERVICES, LLC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON YUROWITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.  2:25-cv-08290-JLS-SSC<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  September 3, 2025<br>Trial Date:        None Set |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Aaron Yurowitz ("Plaintiff") and defendant PennyMac Loan Services, LLC ("Pennymac") have reached a settlement in principle to resolve all claims between them pending in this action. Pursuant to paragraph 19 of this Court's Procedures for Civil Cases, the parties are notifying this Court promptly of the settlement negotiations and agreement.

Counsel for the parties are in the process of memorializing the settlement and related dismissal papers. The parties anticipate that it will take approximately 45 days to prepare the settlement papers and to fully perform the covenants therein. The parties respectfully request the Court to retain jurisdiction during the 45 days prior to vacating its jurisdiction of this matter.

In the interim, Pennymac requests and Plaintiff agrees that the January 16, 2026 deadline to file its responsive pleading in this matter [*see* Dkt. 13] be held in abeyance.

DATED: January 16, 2026          BLANK ROME LLP


By: */s/ Jessica A. McElroy*
    Cheryl S. Chang
    Jessica A. McElroy
Attorneys for Defendant,
PENNYMAC LOAN SERVICES, LLC

DATED: January 16, 2026          INGBER LAW GROUP


By: */s/ Jason Ingber*
    Jason Ingber
    Serach B. Shafa
Attorneys for Plaintiff
AARON YUROWITZ

1
2
3
4
5
6
7
8
...
28

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the contents of this document are acceptable to Jason Ingber, attorney for Plaintiff, and that I obtained Mr. Ingber's authorization to file this document.

By: */s/ Jessica A. McElroy*
Jessica A. McElroy

# CERTIFICATE OF SERVICE

The undersigned certifies that on January 16, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2026.

By:   /s/AJ Cruickshank